UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE MCCLELLON,

                Petitioner,

        -against-

E. RICKARD, Warden of FCI Otisville; and
WILLIAM K. MARSHALL III, Director of
Federal Bureau of Prisons,

              Respondents.

24-CV-10053 (VSB) (BCM)

ORDER

**VERNON S. BRODERICK, United States District Judge:**

Before me is pro se Petitioner's motion for a preliminary injunction and a temporary restraining order. (Doc. 31.) Accordingly, it is hereby:

ORDERED that Respondents respond to the motion by July 25, 2025. Respondents are directed to mail a copy of its brief to pro se Plaintiff.

IT IS FURTHER ORDERED that Petitioner shall file a reply, if any, by August 25, 2025.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Petitioner.

SO ORDERED.

Dated:   July 15, 2025
        New York, New York

                             VERNON S. BRODERICK
                             United States District Judge