```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE McCLELLON,

          Petitioner,

   -against-

E. RICKARD, Warden of FCI Otisville; and WILLIAM K. MARSHALL III, Director of Federal Bureau of Prisons,

          Respondents.

24-CV-10053 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On June 24, 2025, I issued a Report and Recommendation (Dkt. 30) which was sent to petitioner at FDC SeaTac on June 26, 2025, but returned as undeliverable on July 16, 2025. The BOP Inmate Locator shows that petitioner is currently located at FCI Herlong. Consequently, the Clerk of Court is respectfully directed to mail Dkt. 30, along with the Court's July 15 Order (Dkt. 32) to petitioner (Register Number 06316-510) at FCI Herlong, 741-925 Access Road A-25, Herlong, CA 96113, and update petitioner's address of record.

Dated: New York, New York
       July 17, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**