UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE MCCLELLON,

               Petitioner,

-against-

UNITED STATES OF AMERICA,

               Respondent.

24-cv-10053 (VSB) (BCM)

ORDER

VERNON S. BRODERICK, United States District Judge:

On June 24, 2025, Magistrate Judge Barbara Moses issued a report and recommendation. (Doc. 30.) On July 15, 2025, I issued an order setting a briefing schedule for pro se Petitioner's motion for a preliminary injunction and a temporary restraining order. (Doc. 32.) It is not clear whether Petitioner has received these documents. The BOP Inmate Locator shows that Petitioner is currently located at Victorville Medium II FCI.[1]

Accordingly, the Clerk of Court is respectfully directed to mail Document 30 and Document 32 to Petitioner (Register Number 06316-510) at Victorville Medium II FCI, 13777 Air Expressway Blvd, Victorville, CA 92394, and update Petitioner's address of record.

SO ORDERED.

Dated:   July 25, 2025
         New York, New York

                                        VERNON S. BRODERICK
                                        United States District Judge

---

[1] Petitioner is listed in the BOP prisoner look-up (and in many of the BOP documents now before this Court) as Donte McClellan, but was convicted under the name Donte McClellon, which is also how he captions and signs his pleadings in this action.