USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/25/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE McCLELLON,

        Petitioner,

    -against-

E. RICKARD, Warden of FCI Otisville; and WILLIAM K. MARSHALL III, Director of Federal Bureau of Prisons,

        Respondents.

24-CV-10053 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of petitioner's letter, dated August 11, and entered on the docket on August 22, 2025, "requesting that the Court mail [him] copies of all court orders in this case along with a recent and updated full case docket sheet and adequate extension of time to respond appropriately to these Court orders[.]" (Dkt. 36 at 1.) Petitioner also notes that he has not yet received the Court's Report and Recommendation (*see* Dkt. 30), issued on June 24, 2025. (*Id.*)

On July 10, 2025, petitioner filed a motion for a preliminary injunction and temporary restraining order. (Dkt. 31.) Defendants filed their opposition on July 25, 2025 (Dkt. 35), making any reply brief from petitioner due no later than August 1, 2025. *See* Fed. R. Civ. P. 27(a)(4). Petitioner has not filed a reply.

Petitioner's application is GRANTED to the extent that:

1. The Clerk of Court is respectfully directed to update petitioner's address of record to correspond to the address as written in petitioner's letter:

    Donte McClellon
    BOP Reg. # 06316-510
    FCI Victorville Medium II
    P.O. Box 3850
    Adelanto, CA 92301

2. The Clerk of Court is respectfully directed to mail the following to petitioner at the updated address: a copy of the docket sheet, and Dkts. 6, 10, 11, 12, 18, 27, 29, 30, 32, 33, and 34.

3. Petitioner's deadline to file written objections to the Report and Recommendation is EXTENDED to September 19, 2025.

4. Plaintiff's deadline to file a reply in further support of his motion for preliminary injunction and temporary restraining order is EXTENDED to September 19, 2025.

Dated: New York, New York
August 25, 2025                  **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**