UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE MCCLELLON,

              Petitioner,

-against-

E. RICKARD, Warden of FCI Otisville; and
WILLIAM K. MARSHALL III, Director of
Federal Bureau of Prisons,

              Respondents.

24-CV-10053 (VSB) (BCM)

ORDER

VERNON S. BRODERICK, United States District Judge:

      Pro se Petitioner submitted a letter, dated August 21, 2025, requesting (1) an extension of time until October 20, 2025, to object to Magistrate Judge Barbara Moses' Report and Recommendation, (Doc. 30), (2) to add "New York Probation Office for the Southern District of New York" as a respondent in this action, and (3) appointment of counsel. (Doc. 38.) Accordingly, it is hereby:

      ORDERED that Petitioner's extension request is GRANTED. Petitioner has until October 20, 2025 to object to Judge Moses' Report and Recommendation. I will resolve Petitioner's two other requests at a later time.

      The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Petitioner at FCI Victorville Medium II.

SO ORDERED.

Dated:    September 2, 2025
             New York, New York

                                                  VERNON S. BRODERICK
                                                  United States District Judge