UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONTE MCCLELLON,

                Petitioner,

      -against-

UNITED STATES OF AMERICA,

                Respondent.

24-CV-10053 (VSB) (BCM)

ORDER

VERNON S. BRODERICK, United States District Judge:

      On June 24, 2025, Magistrate Judge Barbara Moses issued a report and recommendation. (Doc. 30.)  There have since been numerous attempts to serve that Report & Recommendation on Petitioner.  (*See, e.g.*, Docs. 33, 34, 37, 39.)  Petitioner, however, has not yet been served.

      On July 10, 2025, Petitioner moved for a preliminary injunction and temporary restraining order.  (Doc. 31.)  On July 15, 2025, I issued an order directing Respondents to file an opposition by July 25, 2025, and for Petitioner to file a reply by August 25, 2025.  (Doc. 32.)  Respondents filed an opposition brief on July 25, 2025.  (Doc. 35.)  To date, however, Petitioner has not filed a reply.

      On October 3, 2025, Petitioner filed a letter which, among other things, (1) provided an updated address of record after he was transferred to another facility in the Bureau of Prisons, (2) requested a 60-day extension of time until November 24, 2025 to file objections to the Report & Recommendation, (3) requested to add the New York Probation Office for the Southern District of New York as a Respondent, (4) requested supplemental briefing, and (5) requested appointment of counsel.  (Doc. 40.)  Accordingly, it is hereby:

      ORDERED that Petitioner's address shall be updated to be BOP Reg. #06316-510, FCI Lompoc I, 3600 Guard Road, Lompoc, California 93436.

IT IS FURTHER ORDERED that Petitioner's extension request is granted, and that he shall have until November 24, 2025 to file objections to the Report & Recommendation. I will resolve Petitioner's other requests (to add the Probation Office as a Respondent, for supplemental briefing, and for appointment of counsel) at a later time.

IT IS FURTHER ORDERED that Petitioner shall file a reply brief regarding his motion for preliminary injunction by November 24, 2025.

The Clerk of Court is respectfully directed to update Petitioner's address of record to BOP Reg. #06316-510, FCI Lompoc I, 3600 Guard Road, Lompoc, California 93436.[1]

The Clerk of Court is also respectfully directed to mail the following documents to Petitioner:

- Document 30: Report & Recommendation
- Document 32: Order setting briefing schedule for motion for preliminary injunction
- Document 33: Order regarding change of address
- Document 34: Order regarding change of address
- Document 35: Respondents' opposition to the motion for preliminary injunction
- Document 37: Order regarding change of address
- Document 39: Order regarding Petitioner's request for an extension of time to object, to add the Probation Office as a respondent, and for appointment of counsel.
- A copy of this Order

---

[1] I note, however, that Petitioner is listed in the Find an inmate look-up on the Bureau of Prisons website as not in BOP custody as of October 1, 2025. So, it is unclear whether Petitioner will receive these documents.

I also note that Petitioner is named in the BOP prisoner look-up (and in many of the BOP documents now before this Court) as Donte McClellan, but was convicted under the name Donte McClellon, which is also how he captions and signs his pleadings in this action.

2

SO ORDERED.

Dated: October 7, 2025
        New York, New York

                                              VERNON S. BRODERICK
                                              United States District Judge