**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

DONTE MCCLELLON,

                         Petitioner,               24 **CIVIL** 10053 (VSB)(BCM)

        -against-                              **JUDGMENT**

E. RICKARD, Warden of FCI Otisville; and
WILLIAM K. MARSHALL III, Director of Federal
Bureau of Prisons,

                        Respondents.
--------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 11, 2026, Magistrate Judge Moses' Report is ADOPTED in its entirety, except for the requirement that Petitioner file the Report and this Opinion & Order in his other active cases, and DENY the Petition. Moreover, Petitioner's Motion for a Preliminary Injunction and Temporary Restraining Order, (Doc. 31) is DENIED, and his Motion for Reconsideration of Denial of Appointment of Counsel, (Doc. 49), as moot; accordingly, the case is closed.

**Dated**: New York, New York
       March 12, 2026

                                      **TAMMI M. HELLWIG**

                              _____
                                      **Clerk of Court**

            **BY:**              *K. Mango*

                                  _____
                                      **Deputy Clerk**