UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONTE MCCLELLON,

Petitioner,

- against -

E. RICKARD, Warden of FCI Otisville; and WILLIAM K. MARSHALL III, Director of Federal Bureau of Prisons,

Respondents.

---

24-CV-10053 (VSB) (BCM)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On March 11, 2026, I issued an Opinion & Order adopting Magistrate Judge Barbara C. Moses' Report and Recommendation and denied Petitioner's habeas petition. (Doc. 50.) Within thirty days of my decision, Petitioner filed a notice of appeal of this decision. (Docs. 52, 53.) Because Petitioner has not "made a substantial showing of the denial of a constitutional right," a certificate of appealability will not be issued. *See* 28 U.S.C. § 2253(c)(2).

SO ORDERED.

Dated: August 18, 2026
New York, New York

Vernon S. Broderick
United States District Judge